In the Matter of the Compulsory Accounting of ANTHONY BARTOLI, as Executor of SARAFINA BARTOLI, Deceased, Appellant. ELEANOR B. LIMATA, Respondent; EUGENE BARTOLI, Appellant.

Submitted February 24, 1953; decided March 5, 1953.

*Vito F. Lanza* for motion.
*Philip Zichello* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution and, insofar as appellant Eugene Bartoli is concerned, upon the further ground that he is not a " party aggrieved " within the meaning of section 557 of the Civil Practice Act.